Jessica Gonzales #G099827
Name and Prisoner/Booking Number

Estrella Jail, Maricopa County
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌──────────────────────────────┐
│ ✔ FILED      ___ LODGED       │
│ ___ RECEIVED  ___ COPY        │
│                               │
│        JUL 1 9 2024           │
│   CLERK U S DISTRICT COURT    │
│    DISTRICT OF ARIZONA        │
│ BY_____ DEPUTY     │
└──────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jessica Gonzales
(Full Name of Plaintiff) Part of the class
action lawsuit/case with Tanya
Delgadillo Nareau BK#G095437
Black mold    Plaintiff, infestation

v.

(1) Maricopa County Sherrifs Office Jails,
(Full Name of Defendant)

(2) Estrella Jail                            ,

(3)_____,

(4)_____,

            Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV24-01782-PHX-JJT--ASB**
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: Medical and inhumane housing.

2. Institution/city where violation occurred: Estrella Jail MCSO Jail complex in phx Az

3.

Revised 12/1/23                              1                        **550/555**

**B.  DEFENDANTS**

1.   Name of first Defendant: _Maricopa County Sherriffs Office_. The first Defendant is employed
as: _The Government of the incharge of Jails_ at _Estrella Jail in Maricopa County AZ_.
(Position and Title)                              (Institution)

2.   Name of second Defendant:_____. The second Defendant is employed as:
as:_____at_____.
(Position and Title)                              (Institution)

3.   Name of third Defendant:_____. The third Defendant is employed
as:_____at_____.
(Position and Title)                              (Institution)

4.   Name of fourth Defendant:_____. The fourth Defendant is employed
as:_____at_____.
(Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C.  PREVIOUS LAWSUITS**

1.   Have you filed any other lawsuits while you were a prisoner?      ☐ Yes      ☑ No

2.   If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a.   First prior lawsuit:
      1.   Parties:_____v. _____
      2.   Court and case number:_____.
      3.   Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
      _____.

   b.   Second prior lawsuit:
      1.   Parties:_____v. _____
      2.   Court and case number:_____.
      3.   Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
      _____.

   c.   Third prior lawsuit:
      1.   Parties:_____v. _____
      2.   Court and case number:_____.
      3.   Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

### D. CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: In humane housing, unsanitary and full of black mold, bad for health and inhumane qualifies under Birens and another case he already won in Federal Court.

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☒ Basic necessities      ☐ Mail              ☐ Access to the court      ☒ Medical care
   ☐ Disciplinary proceedings  ☐ Property       ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   According to prior litigation was held regarding the maricopa county Jail Complex Estrella Jail location. It states that the black mold infestation is hazardous to health and is an active live parasite. Some have enough as far as to claim Estrella Jail in th. Maricopa county, AZ, USA, should be condemned in case CV-24-01363-PHX-DGC-(CDB) Tanya Delaadillo Naveau vs. Maricopa County Sherrifs Office and many others she has listed for relief of the black mold compensation for her cage for all the years in retrograde that she had been housed and detained in Estrella Jail for 30 days or more which is the standard in prior litigation.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   My health is been decreasing and I have become sick more often and my immune system is diminished.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                              ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count I?           ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because there are litigations in court over the years and decades that have already won the litigation in Federal court before.

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities        ☐ Mail            ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings ☐ Property        ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   2. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☐ No
   3. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
_____

2.  **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

    ☐ Basic necessities       ☐ Mail        ☐ Access to the court     ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property    ☐ Exercise of religion    ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?         ☐ Yes      ☐ No
    2.  Did you submit a request for administrative relief on Count III?        ☐ Yes      ☐ No
    3.  Did you appeal your request for relief on Count III to the highest level?     ☐ Yes      ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

### E.   REQUEST FOR RELIEF

State the relief you are seeking:

I am wanting compensation for all of the times I have been housed here in Estrella Jail for the black Mold compensation award for $260 a day or whatever the award was in case number CV-24-01363-phx-DLGC (CDB) I also want Attorney Mr. Christiensen from the Arizona Chapter of ACLU Phoenix office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-27-24
             DATE                                      SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney=s address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

: Request for Relief : Page 6 6 :

To represent me, that is the American Civil Rights and Civil Liberties Union. The ACLU. I also request financial compensation for all Legal fees, Paralegal fees that can be awarded to me through this case. I also request my Lawyer Mr. Cristiansen awarded compensation for representation in this case. I Also request any and all available financial compensation for Stress, Anxiety, Worry, medical, medical Visits and any other emotional, physical or phsycological effects this inhumane stay in Estrella Jail and its offices may have caused me. I reserve the right for Mr. Christiansen who is the Attorney in case number CV-24-01363-phx-DGC-(CDB) to bring up anything on my behalf. my dates of incarceration at maricopa county Estrella Jail are: 2007, 2011, 2014, 2015, 2019, 2024.          Jessica Gonzales

6-27-24

BK#: G099827   DOB: 11-26-1987

: my mailing address:
Jessica Gonzales = 1520 S. Lee Circle.
my messg #: 480·306·0809       Mesa, Az, 85204
(my mother Rachel cell)
for emergencies as well!

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## <u>CERTIFICATION</u>

I hereby certify that on this date _____**July 5, 2024**_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____          **B5188**
Legal Support Specialist Signature              S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

USDC Certification                                          09/09/20